# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of April, two thousand twenty-five.

---

United States of America,

        Appellee,

  v.

Justin Turnick,

        Defendant - Appellant.

---

**ORDER**

Docket No. 25-437

Francis Lee O'Reilly moves to be relieved as counsel for the Appellant.

IT IS HEREBY ORDERED that the motion to be relieved is GRANTED. Lucas Anderson, Esq., Of Counsel - Rothman, Schneider, Soloway & Stern, LLP, 100 Lafayette Street, Suite 501, New York, NY 10013 is assigned as new counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A.  Attorney Anderson is directed to review Local Rule 31.2 regarding procedures for setting the filing dates for the submission of briefs.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court