# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of September, two thousand and twenty-six,

---

United States of America,

Appellee,

v.

Justin Turnick,

Defendant - Appellant.

---

**ORDER**
Docket No. 25-437

Appellant moves for leave to authorize Mr. Welikson's appointment to this case as associate CJA counsel for the purpose of preparing and delivering oral argument.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

Catherine O'Hagan Wolfe